## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Melissa McGrath, et al.

<div style="margin-left: 2em">Plaintiff,</div>

v.

<div style="margin-left: 2em">Case No.: 1:25–cv–10343</div>
<div style="margin-left: 2em">Honorable Jeremy C. Daniel</div>

Fay Nutrition, LLC.

<div style="margin-left: 2em">Defendant.</div>

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 13, 2026:

     MINUTE entry before the Honorable Jeremy C. Daniel: The parties filed a stipulation to stay the case [16], which the Court construes as a motion to stay the case. The Court will stay the case for 180 days; the stay expires September 9, 2026. The Court will not extend the stay. The defendants shall respond to the Consolidated Amended Complaint on or before September 23, 2026. The Court will not extend the deadline to respond to the Consolidated Amended Complaint. Scheduling conference set for October 21, 2026, at 10 a.m. The scheduling conference will be held via WebEx. The parties shall confer pursuant to Fed. R. Civ. P. 26(f) on or before September 23, 2026. The parties shall file their Rule 26(f)(2) report on or before October 7, 2026. The parties' report should also address the deadline to join other parties and to amend the pleadings. Each party shall make its Rule 16(a)(1) initial disclosures on or before October 7, 2026. At least 10 mins prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us–courts.webex.com/meet/Judge_Daniel. ALL PARTICIPANTS MUST TYPE IN THEIR NAME WHEN JOINING THE VIDEO CONFERENCE AND YOUR CAMERA MUST BE ON WHEN YOUR CASE IS CALLED. You can use the dial in option ONLY if you do not have access to a device with video capability: (650)–479–3207, the access code is: 2315 750 8728. All participants must be in a quiet area while on the line and must be muted until your case is called. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.